UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ANGELICA OCASIO

                                Plaintiff,

      **-v.-**

                                Civil Action No.
                                3:14-cv-1096 (GLS/ATB)

CAROLYN W. COLVIN,
Commissioner of Social Security

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm          PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

**FOR THE DEFENDANT:**

HON. RICHARD S. HARTUNIAN     AMANDA J. LOCKSHIN
United States Attorney                 SUSAN J. REISS
100 South Clinton Street            Special Assistant U.S. Attorney
Syracuse, New York 13261

Steven P. Conte
Regional Chief Counsel
Social Security Administration
Office of General Counsel, Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed May 4, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed May 4, 2015 (Dkt. No. 15) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that defendant's motion to dismiss (Dkt. No. 9) is DENIED; and it is further

ORDERED that the defendant is directed to file a certified copy of the administrative proceedings within thirty (30) days from this order; and it is further

ORDERED that this case continue proceeding in accordance with General Order 18; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

May 28, 2015
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court